**Order filed December 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00698-CR

### IN RE JONATHAN A. KNOX, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 879527**

### ORDER

On September 9, 2022, relator Jonathan A. Knox filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the presiding judge of the 179th District Court of Harris County, to grant his motion for forensic DNA testing and ballistic testing and his motion for accrued time and hold an evidentiary hearing.

Relator's petition does not comply with the applicable Texas Rules of Appellate Procedure. *See* Tex. R. App. 52.3(j) (requiring relator to certify that every factual statement in petition is supported by competent evidence in appendix or record); Tex. R. App. P. 52.3(k)(1)(A) (providing that appendix must contain certified or sworn copy of any order complained of, or any other document showing the document complained of); Tex. R. App. P. 52.7(a)(1) (requiring relator to file with petition certified or sworn copy of every document that is material to relator's claim and that was filed in any underlying proceeding); Tex. R. App. P. 52.7(a)(2) (requiring relator to file with petition properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or statement that no testimony was adduced in connection with matter complained of). To be a "certified or sworn copy," in accordance with Rule 52, the document must be certified by the trial court clerk or attached to either a properly prepared affidavit or an unsworn declaration. *See also* Tex. Civ. Prac. & Rem. Code § 132.001(e) (providing that unsworn declaration from inmate may be used in lieu of written sworn declaration, if it is made under penalty of perjury and includes inmate's name, date of birth, identifying number, and prison unit, and city, county, state, and zip code of prison unit).[1]

---

[1] The form for the unsworn inmate declaration is:

My name is _____ _____ _____,
                 (First)            (Middle)        (Last)
my date of birth is _____, and my inmate identifying number, if any, is

_____.

I am presently incarcerated in _____
                                      (Corrections unit name)
in _____, _____, _____, _____.
    (City)             (County)        (State)     (Zip Code)
I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _____ day of _____, _____.
                             (Month)      (Year)

By this order, the court gives relator 45 days' notice that the petition will be dismissed for failure to comply with Rules 52.3(j), 52.3(k)(1)(A), 52.7(a)(1), and 52.7(a)(2) unless the deficiencies are cured.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson. (Wilson, J., Notice is not required before dismissing a petition for writ of mandamus. *See In re Kholaif*, 624 S.W.3d 228 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding) (Frost, C.J., dissenting)).

_____

_____
Declarant

Tex. Civ. Prac. & Rem. Code Ann. § 132.001(e).